Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

JUNE 28 _____ 20 23
Ravi Subramanian, Clerk
By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MARQUISE TOLBERT, and<br><br>KISEAN COLEMAN,<br><br>Defendants. | NO. **CR 23-104 TL**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about May 28, 2023, in King County, and elsewhere, within the Western District of Washington, MARQUISE TOLBERT, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

  i.  *Unlawful Possession of a Firearm in the First Degree,* in King County Superior Court, under cause number 20-1-00422-3SEA, on or about September 16, 2022;

Indictment - 1
*United States v. Tolbert & Coleman*
USAO No. 2022R01268

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a XD-M Elite pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### (Unlawful Possession of a Firearm)

On or about June 1, 2023, in Pierce County, within the Western District of Washington, MARQUISE TOLBERT, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

    i.    *Unlawful Possession of a Firearm in the First Degree,* in King County Superior Court, under cause number 20-1-00422-3SEA, on or about September 16, 2022;

and KISEAN COLEMAN, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    ii.    *Theft in the First Degree, Robbery in the Second Degree*, and *Theft in the First Degree*, in King County Superior Court, under cause number 18-C-04830-0KNT, on or about May 3, 2019;

did knowingly possess, and did aid and abet the possession of, in and affecting interstate and foreign commerce, a firearm, that is: a Ruger 5.7 pistol, that had been shipped and transported in interstate and foreign commerce

All in violation of Title 18, United States Code, Section 922(g)(1) and 2.

## COUNT 3

### (Unlawful Possession of a Firearm)

On or about June 22, 2023, in King County, within the Western District of Washington, KISEAN COLEMAN, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

Indictment - 2
*United States v. Tolbert & Coleman*
USAO No. 2022R01268

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

i. *Theft in the First Degree*, *Robbery in the Second Degree*, and *Theft in the First Degree*, in King County Superior Court, under cause number 18-C-04830-0KNT, on or about May 3, 2019;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Freedom Ordnance FX-9 pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1-3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, MARQUISE TOLBERT shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

a. one XD-M Elite pistol, and any associated ammunition.

Upon conviction of the offense alleged in Count 2, MARQUISE TOLBERT and KISEAN COLEMAN shall each forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

b. one Ruger 5.7 pistol, and any associated ammunition.

Upon conviction of the offense alleged in Count 3, KISEAN COLEMAN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

c. one Freedom Ordnance FX-9 pistol, and any associated ammunition.

Indictment - 3
*United States v. Tolbert & Coleman*
USAO No. 2022R01268

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or,

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *Yes*

DATED: *June 28, 2023*

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TESSA M. GORMAN
Acting United States Attorney

_____

VINCENT T. LOMBARDI
Assistant United States Attorney

_____

STEPHEN HOBBS
Assistant United States Attorney

_____

MICHELLE JENSEN
Assistant United States Attorney

Indictment - 4
*United States v. Tolbert & Coleman*
USAO No. 2022R01268

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970